### 19999. DILL *v.* THE STATE.

BROYLES, C. J. 1. In the light of all the facts of the case and the notes of the trial judge, none of the special grounds of the motion for a new trial show harmful error.

2. The evidence amply authorized, if it did not demand, the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 13, 1929.

*B. J. Stevens,* for plaintiff in error.
*J. Q. West, solicitor,* contra.